Mark L. Hogge (*pro hac vice*)
Shailendra Maheshwari
SNR Denton US LLP
1301 K. Street, NW
Washington, D.C. 20005
(202) 408-6400

*Attorneys for Plaintiff*
  *Synchronoss Technologies, Inc*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYNCHRONOSS TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEWBAY SOFTWARE, INC. AND NEWBAY SOFTWARE, LTD., <br><br> Defendants. | Civil Action No. 3:2011-cv-04947 (FLW/TJB) <br><br> **NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** <br><br> MOTION DATE: DECEMBER 17, 2012 |

**PLEASE TAKE NOTICE** that, as soon as counsel may be heard, the undersigned attorneys for Plaintiff Synchronoss Technologies, Inc. ("Synchronoss") shall move before the Hon. Tonianne J. Bongiovanni, U.S.M.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building and U.S. Courthouse, 402 E. State St., Trenton, NJ 08608, for the entry of an Order pursuant to Federal Rule of Civil Procedure 15 that grants leave to Synchronoss to file an Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of its present Motion For Leave to Amend, Synchronoss will rely on the accompanying brief, declarations and exhibits thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is also submitted herewith.

Dated: November 16, 2012.  By,

*/s/   Mark Hogge*
Mark Hogge (*pro hac vice*)
mark.hogge@snrdenton.com
Shailendra Maheshwari
shailendra.maheshwari@snrdenton.com
SNR Denton US LLP
1301 K Street, NW
Washington, D.C. 20005
Telephone: (202) 408-6400

## **CERTIFICATE OF SERVICE**

I hereby certify that on Friday, November 16, 2012, copies of the foregoing: **NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** was served via electronic mail on all counsel of record.

Dated this 16th day of November, 2012.

> */s/ Mark L. Hogge*
> Mark L. Hogge
>
> *Counsel for Plaintiff Synchronoss Technologies, Inc.*